FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2025 AUG 25 PM 4:56

JEFFREY P. COLWELL
CLERK

BY_________DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. ______________________
(To be supplied by the court)

Helen Eun Yearby, Plaintiff

v.

Jury Trial requested:
(please check one)
___ Yes ___ No

Federal Cultic Federation (Calvary) Nuclear fraud 2019 - formed

WAYNE STINE
KHAI PEARSON
PHil Smith "CCF" -2007 - formed
Domonique Smith - Bourguinon, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

COMPLAINT Culotic nuclear ~~COBMON of Business~~ Creation Audit protections against fraud.

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

Nuclear entanglement of Satanic Pervasive men, by trying to coerce me to be Catholic/Baptist, noted I'm not of religious spirits, not agreement for Satanic men coercing spirits on their Expenses @ my Body, By what I don't agree to store..

Threatened against me since 2019 by which persons via Colfax Sedation coerce satanic male WAYNE STINE as having an entitlement to/by me... [illegible]

I have no likeness of the satanic male person to & pertain I was injured by being called a "bitch" that of injury male has entitlement to my loins by which male seen in 1992, bitch's aids to women's loins wanting chemical bondage to or by the SATANIC woman [illegible] loins/body in possession of the satanic man against other women... Bewitchment to the male as persons that women have allegiance to the male as persons that women have a allegiance to Khai N. PEARSON, being that also have a vows regarding Khai N. PEARSON, being that also have a vows regarding such as errors. I observe & note that I don't agree to such as errors. I observe & note that I don't agree to such as errors.

I observe & note that I don't agree to such errors. I observe & note that I don't agree "for injury", but not as persons have wanted me @ me "for injury", but not as persons have wanted me @ me "for injury", but not as persons have wanted men @ me "for injury", but not as persons have wanted men @ me 'for injury', but not as persons have wanted men @ me 'for injury', but not as persons have wanted men @ me 'for injury', but not as persons have wanted men @ me 'for injury', but not

as persons have wanted men @ me 'for injury', but not as persons have wanted men @ me 'for injury', but not as persons have wanted men @ me 'for injury', but not

**A. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Helen Yearby 18182 E Hampden Ave #272
(Name and complete mailing address)

(Telephone number and e-mail address)

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: ______________________
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 2: ______________________
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3: ______________________
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4: ______________________
(Name and complete mailing address)

(Telephone number and e-mail address if known)

illegally wants people of me, money that belongs to me, by which Catholic Television wants EXPLOITATION of a "Cultist love of All Song" No matter what they TAKE, from me, they can't take away my disengage "Prophetic Reference's"... as I reject the "Prophetic Reference's"... noted person coerce of murder ammunition to me + my mother Whitney Houston had some kind of contract, she may not have recognized that songs she was creating was intended even of exploitation in the loss of others.. These satanics of exploitation in Puerto of false competitive pattern coerce people to function in Puerto of false competitive pattern isn't one of my spousal children + like my mother isn't one of my spousal? I am not responsible my biological father is not my son? I am not responsible for their existence nor included choices... by which noted there a pattern to be a child person have coerced @ a male sibling a pattern to be a "child" of mine by which his only a brother as a male was born a preemy never been dependable as "impressionable" as these beliefs even coerced @ me they want pattern of Doubt of my functioning against people they may have been able to have easier even over as those these people seek "SUBJUGATION" via intent of injury... a male sibling allowed some males into the home contending-sexual exploitation by which Spirited errors evidently manifested against the males by which Satanic means have been seen placing themselves against the bodies of other men as

**C. JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

______________________________________________________________________

______________________________________________________________________

____ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ____________________________.

If Defendant 1 is an individual, Defendant 1 is a citizen of ________________________.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of ________________________ (name of state or foreign nation).

Defendant 1 has its principal place of business in ______________________ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

left side of my body by which, persons coerce that I want to SOLVE, an issue that evidently Colorado association was creating, as unknown persons began communicating @ me, by which this communication has NEVER been wanted, as EXPLOITATION + TO DATE, persons sustain they can violently assault @ my body, by which they want "crimes" to subjugate/degradate people 'Racistly' in exploitation I dont agree to share my body w/ men that are not of respects of me, + want disfunction of regulation of themselves by which the seek mammon + claim of people's loins as today male projects wanting loins of men of me to biracial other woman, by which I have relatives that to white/spanish woman have volunteered their loins to white/like biracial associations by which 'I' had them born to want/like biracial associations and as they already naturally agree to be a wife of me to the extension as a 2nd cousin David was designated to a white others by which my desire for him was standard of monetary creation, I like the production of wealth as I have created various business organization by which person relation of their intended exploitation I didnt have permission of organization of myself my parents, by which "Khai Pearn" was committed for him to protect men of him, yet male

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Satanic Calvation Nuclear Armor Racist

Supporting facts: Coercing music @ my Body + covering this diseased physical bodies @ mine, as satanic male WAYNE STINE Approached me in 1992, wanting association of me to his loins by ~~what~~ which could be seen as 'enchantment' he had been intending against women try to place himself to their families by which made ~~[illegible]~~ sentence that I could do something that he knows how is satanic, I have no agreement to non-legacy defiled men of any association @ me by which male pursues his hatreds against women, as male wants association of me, I agree that person's fire male actions as he associates entanglement @ me via nuclear. Fuel by cosmic that male wants monetary coercions...

1. Male dreadlocks' person comes through male employment for his demonic/satanic lock ... offspring. Wants his loins @ or + other satanic men to be children of mine...

1985 ENRON was spoken into existence, then Business audit shut-downs informed for those in agreement to illegally shut-down business by taking money from the business, by which calling federations Satanic want blacks to be persons or extended to souls of people ... of disfunction by which "drugs the world" ~~inform~~ inform no agreement of extortion of "illegal ties" of the body to people that no natural association ~~...~~ would exist.

Requesting paying of my Body from Criminals that don't believe I am authorized for integral spiritual release for Business to be protected from fraud, to or people to be protected from fraud, via fraudulent use of nuclear injection of the spine...

Since 2019 ... nuclear ... have ... that I ... them, to force people PASTOR'S to do what I want as ... @ about age 6 - 11 ... that I'm required to ... Satanic ... force people of drugs to be (PASTOR'S/Ministers,) ... ~~...~~ organization of such. I reflected to God why are there "drugs & violence" in 1 neighborhood over another... Reflected there are ... ... that ... the persons in the neighborhoods and they ... to ... the neighborhoods as each other... for me I simply didn't ... to live in the neighborhoods ... likely for ~~...~~ illegal nuclear on the I ... a false ... @ my body,

**E. REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

**F. PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

8/25/25

(Plaintiff's signature)

(Date)

(Revised February 2022)

finale not legacy – Pension no Agreement of association of any + many possibility as I have my own Reference of association for the people – respectfully + of Trust not Decent, 2. Statute Cotenance that is my 'God' Fidelity this Collective entitlement to ortuple me to permission of 'drugs', my inform was also spread release of across the Earth etc, + all people of drugs WISDOM, that they have an envy that wants them to KILL genocide one another by selling same that kill via greed and to kill themselves... Reflected don't sell anything that kills don't sell anything @ all receive wisdom + do other things to protect yourself + family those in rebellion crime in their rebellion etc to be apprehended or incarcerated etc. of their Crimes...

Legalization of Marijuana / Cannabis as a business, but with evidence by me??? Exploitation of by what people use for psychedelic spiritual functions + medicinals not for business unprofitable by what people should have scientific understanding of what they purchase for their legal health needs, I refused approval of the VAPE – spiritually noted a slow leak BLEED, exploitation people like slow-leaks bleeds as noted via their alleged machinery, as persons have Relatively Revenge – because I don't have "investigation" for protections of legal business to be imposed against Fraud

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. ______________________________
(To be supplied by the court)

______________________________________, Plaintiff

v.

**Jury Trial requested:**
**(please check one)**
**___ Yes ___ No**

______________________________________,

______________________________________,

______________________________________,

______________________________________, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

**COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

I was recently @ a "city PARK Jazz" event an purchased ICECREAM & immediately began thinking about my ICECREAM cones holders, by which I released plastic ones also to be cuter.. the origination of this creation is me, PATENT should belong to me.

My My assertion is that Colony Collection Industries has intend exploitation & injury by covering that I have them to injure me & mind @ me via nuclear, in 'left of spine' pre 1981 then mind nuclear 2019 by which a satanic covered nuclear spinal function of STATEMENT as they cover entry my spinal function as to be co-dependant to cover even be blocked persons, that see gifted people and want exploitation..

Persecuted association to TV, or me as noted by me @ age 5, I liked arts & entertainment, which I refer as a "legacy" possibility by which I requested the Kardashian placed on TV, by which "YEEZY" black male has exposed extreme sentiment as I domestically requested male to continue to speak tasks by which he didn't do anything wrong... Celebrities Racistly want Black w/ biracials w/ Celebrities Resort hiding, wanting people to function "Cruelty" against criminally & unethically by which they release as a male perpetual much as my mind is not 'authorizing' as a male perpetual much as my mind I rode the A train between the Airport lately the money as I rode the A train between the Airport & Union Station...

**A. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

____________________________________________
(Name and complete mailing address)

____________________________________________
(Telephone number and e-mail address)

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: ____________________________________
(Name and complete mailing address)

____________________________________
(Telephone number and e-mail address if known)

Defendant 2: ____________________________________
(Name and complete mailing address)

____________________________________
(Telephone number and e-mail address if known)

Defendant 3: ____________________________________
(Name and complete mailing address)

____________________________________
(Telephone number and e-mail address if known)

Defendant 4: ____________________________________
(Name and complete mailing address)

____________________________________
(Telephone number and e-mail address if known)

that were their lair in locks... by which situations of spying lock their lair or by whether Cabalistic Racism were depredation exclusion of/or me to try to COERCE supports & extortion of entanglement of me in various ways...

I being of 'God' prophecy sight/ability... my body produced a spiritual release of production center for ENRON, further even COERCED against ENRON to steal money for the business ~~'spiritually'~~ spiritually ~~and~~ also shutting down Arthur Andersen, by which KPMG, LLP was designated as a 'Audit' company to receive 'IDEA' Coscience for futuristized digital "audits" for the visionary tracking of the creation of 'financial reports' XBRL so ~~that~~ THAT computerized comparisons of financial comparisons could be made as well as "Innovations" that KPMG would receive all originality innovation of me for tracking & refining of wealth Transfer and assistance in building out lessons from innovations in production of business and organizations of people as myself...

I separately released an IDEA 2014, which I shared w/my Sons for ICE cream cones, by which I committed to Brilliance on Shark-TANK by which I philanthropy'd to '2' Caucasian/white males & present 'shareholders' for ICE-cream cones by which

**C. JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

______________________________________________________________

______________________________________________________________

____ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ______________________________.

If Defendant 1 is an individual, Defendant 1 is a citizen of __________________________.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _________________________ (name of state or foreign nation).

Defendant 1 has its principal place of business in ______________________ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

because I overtly have not had privacy that all other persons intended of integrity can see & notate all communication made @ / of me as I don't agree to any private assurance by which, Satanic / desired / criminal subjective men use the restroom w/ me & have placed poison into my spine & stomach coercing against the muscular strength & beauty of my body, by which they are intended against marriage of me & today coerce that men of me are would be coerced to seed their lovers to buried association VS. myself by which as stated earlier, 'deludation' criminals " are against my true spiritual identity" by which they have 'scribed' men @ me then pretense the bible is some coercion they have intended to 'demonize' me by trying to coerce that I claim people that are of (Satanic ancestry's children) & or pretense that I reject my natural & spiritual children by which, calling Satanics coerce they will continue to coerce the souls of defunct or unclean ever unto / @ me & my children or natural other word (demonic (satanic) entanglement) to (Business' Money) they have coerced I give desperate employment for people

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: ______________________________

Supporting facts: As someone born through birth w/ prophecy. Galactic nuclei racists have tried several times to try to COERCE me to be Catholic/Baptist or "COERCE ~~sexu~~ criminal entanglement" by which I mutually 'like' music, and creating person have COERCED error @ me pretending that I agree to immoral error. Racistly pretending that I not identify ~~to~~ spiritual inheritance by which as I 'God' person's COERCED association of/@ me to 'COGIC' vs Apostolic by which I 'seed' purpose to ~~pro~~ people 'legacy' equitably only, any other person COERCE ~~entanglement~~ entanglement to ~~H~~ Homosexual subjugation's/or other hatreds as person's want source of my 'ancestry' for "MAMMON". Person's try to 'false doctrine' me by which they know I don't agree to, "demonic/satanic" error @ of my body, I don't agree to ~~[illegible]~~ the actions of others claimed

as or a from me, as descreditations to Deed me of my born ability, including covering false ~~Spiritual~~ spiritual children reference, as they pretense I am a healer when healing is a ~~step~~ simple natural response, ~~to~~ were my body creates answers including healing/antibodies by which persons via illegal nuclear words "delusion" and association to SATANIC hatred a my Body as they pretense that people have Negatively conducted themselves, by which Appearances, are manipulated to pretense an entitlement to Fraud myself + others to "false alignment" "internally" in 2001 Atlas Air plane crash notes persons were exploiting association entanglement a + of me via, claim that my 1st love's last name would be Atlas yet killing the son of thee Business, + other 2001 Crashes I experienced more than once as Calling Fellation person were reflecting false ethnicity entanglement via nuclear of association a my body... I have openly agreed that

**E. REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

**F. PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

______________________________
(Plaintiff's signature)

______________________________
(Date)

(Revised February 2022)

as I have NEVER been in an alumni relationships, these persons via nuclear tug to pertain falsified ... persons via nuclear ... COVENCE @ agonizing body by which ... being in a home in 2019, was supposed to be being in a ... home ... in 2019, was supposed to be Rebellion's ... felony pertain ... @ me by which I ... aborted persons to Alter my danger by which persons requested I leave the home, as satanic ... being done against the home, by which people watched that I had for seven close "freefield" placed @ my 1st born son's bedroom by which "Satan" natural ... that injured @ a bedroom by which ... that brother and my biological father's brother was placing ... that brother ... IDENTITY @ ... my ... son, by which I was also ... IDENTITY @ ... my son, by which ... he has no relationship to ... seven of him, ... he has no relationship to a ... either of these persons by which

... is the son of Michael ATIAS a KWM ATIAS, is the son of Michael ATIAS a ... by which persons ... Calvary satanic men are ... on my body by which persons ... satanic persons ... son because he's factually not satanic persons ... integration of Calvary nuclear & other persons by which I request integration of Calvary ... & Calvary ... we are not demonic ... & Calvary of my ... son, by which we are not ... by which COVENCE ... @ peoples bodies VIA these nuclear by which COVENCE ... WAYNE STONE was requested to ... satanic male WAYNE STONE tried to assault and ... in 1992, Male STONE tried to assault and persons ... in 1992 ... he/Calvary satanic illegally ... assault ... @ me by which he/Calvary satanic ... @ me by which the COVENCE ... killers & other bodies people, by which the ... they would kill ... They threatened my son that they would kill ... to ... & COVENCE that he false ... to his ... his ... Father & siblings etc... & ... that ... @ people that are not of any ... to him ... Calvary satanic Bible, that ... siblings... By which Calvary ... persons & pertain my son as a CAIN, by which

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. ______________________________
(To be supplied by the court)

________________________________________, Plaintiff

v.

**Jury Trial requested:**
**(please check one)**
**___ Yes ___ No**

________________________________________,

________________________________________,

________________________________________,

________________________________________, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

**COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

disease upon me, person of disease 'transitions' of any kind is not my 'load' and I don't agree to be called a healer just because my body naturally restores + creates cures + antibodies...

d. Colony does not have entitlement of fragment/ source of me to the association of anyone other than [illegible] myself + person true integrity...

VS. numerous coercion of manipulation by which I require federal intervention... VIA Business + Spiritual, I don't agree to share my body w/ diseased person's nor business equity / cashflows by which persons coerce entitlement @ me + pursue illegal unethical claim of resources ownership from me...

**A. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

___

(Name and complete mailing address)

___

(Telephone number and e-mail address)

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: ___

(Name and complete mailing address)

___

(Telephone number and e-mail address if known)

Defendant 2: ___

(Name and complete mailing address)

___

(Telephone number and e-mail address if known)

Defendant 3: ___

(Name and complete mailing address)

___

(Telephone number and e-mail address if known)

Defendant 4: ___

(Name and complete mailing address)

___

(Telephone number and e-mail address if known)

Appearances, by which I request removal & restitution from Coley [illegible] Israel

1. Retaliating / Revenge

ENRON fraud [illegible] [illegible]
person [illegible] Israel ENRON who [illegible] a [illegible] [illegible] was shut-down...

KPMG, LLP was [illegible] "[illegible]" creation of 'IDEA' by me & INNOVATION [illegible] & to [illegible] all [illegible] creation [illegible] by me & by which I [illegible] comments to [illegible] & [illegible] for people w/ INNOVATIVE IDEAS not to be funded, [illegible] / [illegible]..

b. Person via Coley [illegible] I didn't have [illegible] or request that [illegible] be [illegible] for Israel by which my [illegible] [illegible] [illegible] [illegible] person was 'loving' [illegible] [illegible] / [illegible] and [illegible] by which Satanic person was [illegible] of me for the [illegible] / [illegible] to have money / [illegible] / [illegible] as a [illegible] of me of [illegible] "[illegible]" & person was the children to be claimed as mine...

c. I was threatened via YARA Shahidi that if person of Coley was not my family that I couldn't have any family ... by which I accepted Yara I said based off the parent they [illegible] for to me, as false [illegible] was to be of me, as person [illegible] 'Satanic me as spouse' in the person 'God' my God would not place

**C. JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

________________________________________________________________________

________________________________________________________________________

____ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ____________________________.

If Defendant 1 is an individual, Defendant 1 is a citizen of ________________________.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _______________________ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____________________ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

Perm pretense ~~[illegible]~~ manipulated that I was
seen of ~~P~~ARSM to have since of my originality
within their circles of false family of mile &
the deluded self, by which perm psyched cruelly ~~[illegible]~~
against my natural truths of pregnancy, as these
persons have been coveting against my pussy by which
unterading to Block metal sex of me &
pregnancy, which Ingress damages, by
which ~~[illegible]~~ person's via a Colby create
nuclear division of peoples "relations" and pretenses
false competition as a pretense who's going to be over this
family, by which satanic entangle their
person or family, by which satanic corruption by
lies, pretense injury & offense — satanic corruption by
which pretense male is highest via false
interpretation that Colby wants!! In greed of
wanting illegal exploitation of peoples' ancestries...
by which I ~~[illegible]~~ closed wombs' as no agreement
to pretense error, by which perm pretense injury
against / ~~[illegible]~~ of Khan Perm as he) Colby pretense that I
don't want the contentions of the Bible by which they he
agree w/ Islam "ISSA" ~~[illegible]~~ prophets' as I'm not
against Islam, yet I'm against Subjugation / Degradation by which

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: ____________________________________________

Supporting facts: Kurn Atlas -

ATLAS ATR

C [illegible] Colony mother even covered commission the my 1st born son's last name would be Atlas by which was seized by which there was a [illegible] of multiple marriages to difference??? by which Lindsey [illegible] 2019 [illegible] covered [illegible] Captain & illegal [illegible] children by which these Satanic covered attempted to [illegible] my children, via "divine mother" by which I don't agree & divine Regarding "[illegible]" female was registered [illegible] of law in a Section 8 county home, by which section 8 [illegible] regarding [illegible] by which [illegible] the [illegible] originally [illegible] 20 or so slots by which I could [illegible] to other people, by which I extended to 2 females by which had to be 'individuals' of dependency of me for all persons [illegible] by which I don't agree to 'fostering' on their fostering by which [illegible] ancestral [illegible] [illegible] this of republicly of people [illegible] false persons among [illegible] over here, as noted false persons [illegible] mother of Satanic is used me, as in this case, [illegible] Rebel's [illegible] & [illegible] a Satanic

@ me. Person pictured a legacy business associate & the [illegible] I wanted AT/AS AIR, as person's [illegible] respected of ENRON as they 'asked' what other [illegible] did I want, by which as an (extension of [illegible] artists)

As I noted myself by fact as a "god" person pictured of not agree to such as noted, I refused false [illegible] @ me for other [illegible] people's disproportionate etc, as an [illegible] male was telling me, she's not a "god" + responsible for a relative [illegible]?? Relevance not [illegible] need for [illegible] [illegible], I manifest large business that are [illegible] [illegible], and by which Amazon was requested by me to be E-commerce I wanted a business that could sell all business possible globally + would the "shipping" so [illegible] for business would would be NEEDED [illegible] the fact that they manipulated that I [illegible] all levels of life. I had [illegible] request [illegible] of myself @ all levels of life. I had [illegible] requested 'Judges' in all levels of the Supreme court [illegible] an unknown man that was try to [illegible] my [illegible] to a female, by which the person was me to be a "dog" [illegible] female, by which the person was me to be as OWED to [illegible], as male claimed I belonged to as "her father" who female as noted her [illegible] from the [illegible] of her father who one was responsible of her [illegible], + [illegible] not of her, [illegible] male one was responsible of her [illegible] as also noted, [illegible] wanted [illegible] of me as also noted, [illegible] 'fragmenting' of the [illegible] of people's soul ability..

**E. REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

**F. PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

____________________________________
(Plaintiff's signature)

____________________________________
(Date)

(Revised February 2022)